UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID LAFLEUR<br>Plaintiff | CIVIL ACTION NO.<br>3:20-cv-01549 (JBA) |
| v. | |
| ANALYTICAL TECHNOLOGIES<br>GROUP, LLC, MICHAEL KUCHTA,<br>and BRANDON KUCHTA<br>Defendants | FEBRUARY 2, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, David LaFleur, and Defendants, Analytical Technologies Group, LLC, Michael Kuchta, and Brandon Kuchta, that the Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, that Plaintiff's claims against Defendants in the above-captioned action be dismissed in their entirety, with prejudice, and with no award of attorneys' fees, costs, or disbursements by the Court to any party, other than as provided for in the parties' Settlement Agreement.

Dated: FEBRUARY 2, 2022

Richard E. Hayber
Thomas J. Durkin
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT 06106
Tel. (860) 522-8888
Fax (860) 218-9555
E-mail: rhayber@hayberlawfirm.com
E-mail: tdurkin@hayberlawfirm.com

*Attorney for Plaintiff*

Peter J. Murphy
Christopher E. Engler
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel. (860) 251-5000
Fax (860) 251-5316
E-mail: pjmurphy@goodwin.com
E-mail: cengler@goodwin.com

*Attorneys for Defendant*

SO ORDERED:

_____
Hon.

DATED: _____

-2-